# MINUTE ORDER

Page 5

## Magistrate Judge Enjolique A. Lett

**Atkins Building Courthouse - 10th Floor**          Date:  3/11/26      Time:  1:30 p.m.

Defendant:  Martin Esho            J#:  46794-512      Case #:  26-MJ-2432-LETT

AUSA: Briana Coakley                    Attorney:  Robert Malove - PERM

Violation: Possession/Transportation of Visual Depictions Involving the Sexual Exploitation of Minors          Surr/Arrest Date: 3/9/26      YOB: 1992

Proceeding:  Detention Hearing                    CJA Appt:

Bond/PTD Held: ⚪ Yes   ⚪ No          Recommended Bond:

Bond Set at: $75K – PSB w/co-signer              Co-signed by: Mia Esho (sister)

- ☑ Surrender and/or do not obtain passports/travel docs
- ☑ Report to PTS as **directed**/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
   Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☑ Defendant to NOT to hold EMPLOYMENT.
- ☑ No contact with victims/witnesses, except through counsel
- ☑ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☑ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☑ Travel extended to:  NDIL/SDFL
- ☑ Other:  SEE ATTACHMENT FOR FURTHER CONDITIONS

Language:  English

Disposition:

Defense counsel Robert Malove filed Permanent Notice of Apperance in open court. AFPD Ore Tenus motion to withdraw – **GRANTED.**  Previous order – ordering Defendant to pay into the registry – is **VACATED**. Status conference for 4/10/26 – **cancelled. Detention hearing held.**  HSI Christian Locutro – sworn and tesified. Defendant's sister Mia Esho sworn and testified telephonically. Court enters $75K PSB with co-signer (sister). Gov't Ore Tenus motion to continue Prelim/ARR **GRANTED.**

Time from today to __**3/30/26**_____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:          Time:          Judge:                    Place:

Report RE Counsel:

PTD/Bond Hearing:

**Prelim/Arraign** or Removal: **3/30/26**      **1:30PM**      **MIAMI DUTY**          **MIAMI**

Status Conference RE:

D.A.R. **14:13:56; 14:57:19**                    Time in Court: **54 mins**

                    s/Enjolique A. Lett                          Magistrate Judge

**Mandatory Adam Walsh Conditions:** The defendant shall abide by specified restrictions on personal associations, place of abode or travel; to avoid all contact with an alleged victim of the crime and with a potential witness who may testify concerning the offense; report on a regular basis to a designated law enforcement agency, pretrial services agency, or other agency; comply with a specified curfew (with electronic monitoring); and refrain from possessing a firearm, destructive device or other dangerous weapons.

1. Report to the U.S. Pretrial Services as directed.
2. Surrender all passports and travel documents, if any, to the Pretrial Services Unit and not obtain any travel documents during the pendency of the case.
3. Refrain from possessing a firearm, destructive device or other dangerous weapons.
4. Travel authorized to the Northern District of Illinois (to reside) and Southern District of Florida (for court).
5. Defendant may not have contact with victim(s), or any child under the age of 18, unless approved by the Court or allowed by the U.S. Probation Officer.
6. Defendant shall not possess, procure, purchase, or otherwise obtain any internet capable device and/or computer. Additionally, the defendant is prohibited from using another individual's computer or device that has internet capability. All smart devices belonging to family members must be password protected.
7. Defendant shall not possess or use any data encryption technique or program and shall provide passwords and administrative rights to the U.S. Probation Officer.
8. Participate in the Location Monitoring Program, shall abide by all the requirements of the program which will be monitored by GPS.  The defendant is to be in home detention and shall be restricted to their home at all times except for medical issues, treatment appointments, court appearances, attorney visits, and any other leave as approved by the Probation Officer. The Court ordered that he must be accompanied by an adult when permitted to leave home as noted above. The Court ordered he may not be employed.
9. Defendant shall participate in specialized sex offender evaluation and treatment, if necessary, and to contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Office *(Court ordered this condition applies only if available in the ND/IL).*
10. Defendant is prohibited from establishing or maintaining any email account or social media account. Additionally, the defendant is prohibited from using another individual's email account or social media account. Must provide monthly or upon request, personal phone, and credit card billings to Pretrial Services to confirm there are no services with any internet services provider.
11. Defendant is not permitted to enter places where children congregate including, but not limited to any play areas, playgrounds, libraries, children-themed restaurants, daycares, schools, amusement parks, carnivals/fairs, unless approved by the U.S. Probation Officer.
12. Defendant shall not be involved in any children's or youth organizations.
13. Defendant is prohibited from viewing, owning, or possessing any obscene, pornographic, or sexually stimulating visual or auditory material, including telephone, electronic media, computer programs, or computer services.
14. Defendant shall submit his person, property, residence, vehicle, papers, computers, (as defined in 18 U.S.C. 1030(e)(1)), other electronic communication or data storage devices or media, or office, to a search conducted by a United States Probation Officer.  The defendant must warn any other occupants that the premises may be subject to searches pursuant to this condition.  Any search must be conducted at a reasonable time and in a reasonable manner *(Court ordered this condition applies only if available in the ND/IL)*

*\*Arresting agency is ordered to provide defendant his Driver's License to board flight back home.*