# MINUTE ORDER

Page 5

## Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**                    Date: 03/30/2026   Time: 1:30 p.m.

Defendant: Martin Esho                J#: BOND          Case #: 26-CR-20114-LEIBOWITZ

AUSA: Michael Davis                        Attorney: Robert Malove-PERM

Violation: Transportation of Visual Depictions Involving the Sexual Exploitation of Minors

Proceeding: Arraignment                            CJA Appt:

Bond/PTD Held: ○ Yes   ○ No          Recommended Bond:

Bond Set at: $75K PSB w/Co-Signer                Co-signed by:

☑ Surrender and/or do not obtain passports/travel docs          Language: English

☑ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☑ Random urine testing by Pretrial Services _____

Treatment as deemed necessary

☑ Refrain from excessive use of alcohol

☑ Participate in mental health assessment & treatment

☑ Maintain or seek full-time employment/education

☑ No contact with victims/witnesses, except through counsel

☑ No firearms

☑ Not to encumber property

☑ May not visit transportation establishments

☑ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☑ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☑ Travel extended to: _____

☑ Other: _____

Disposition:

Defendant filed Waiver of Appearance at Arraignment D.E.[10]

Defendant Arraigned.

Defendant Ore Tenus Request for Standing Discovery Order-GRANTED.

Brady Order Given.

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:          Time:          Judge:                    Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 13:50:29                                Time in Court: 2 Mins

s/Edwin G. Torres                                Magistrate Judge