**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  26-20114-CR-LEIBOWITZ**

**UNITED STATES OF AMERICA,**

**v.**

**MARTIN ESHO,**

     **Defendant.**
_____/

### ORDER SETTING INITIAL STATUS CONFERENCE

This cause is before the Court *sua sponte*.  Defendant Martin Esho having been arraigned on March 30, 2026, it is hereby **ORDERED AND ADJUDGED** that a Status Conference is set for April 15, 2026, at 11:00 a.m., at 400 North Miami Avenue, Courtroom 12-3, Miami, Florida.  Defendant and counsel must appear in person at all conferences and hearings.

If any party believes that certain factors merit the case being heard or tried in a different courthouse location within the Southern District of Florida, they must make application to the Court in writing no later than the date of the first pretrial conference.

**IT IS FURTHER ORDERED** that the time from the arraignment date through the next Status Conference is excluded from the deadline for trial as computed under the Speedy Trial Act.  The Court finds that the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy

CASE NO. 26-20114-CR-LEIBOWITZ

trial.  See 18 U.S.C. § 3161(h)(7).  Time excluded from 3/30/2026 through 4/15/2026.

**DONE AND ORDERED** in the Southern District of Florida on April 7, 2026.

_____
**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc:  counsel of record

2