UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 26-CR-20114-LEIBOWITZ/AUGUSTIN-BIRCH

UNITED STATES OF AMERICA,

      *Plaintiff*,

v.

MARTIN ESHO,

      *Defendant*.

_____/

<u>DEFENDANT'S MOTION FOR CONTINUANCE</u>
<u>AND</u>
<u>DEFENDANT'S MOTION TO BE EXCUSED FROM STATUS CONFERENCE</u>

COMES NOW the Defendant, MARTIN ESHO, by and through undersigned counsel, pursuant to 18 U.S.C. § 3161 and Local Rule 7.1(G) and Local Rule 7.6, SDFL, and respectfully moves this Honorable Court to grant a continuance of the status conference scheduled for April 15, 2026 and excuse the Defendant's personal appearance at the status conference and as good cause states:

The Defendant was arrested on for March 7, 2026 for 18 U.S.C. § 2252(a)(4)(B) and (b)(2) Possession of Visual Depictions Involving the Sexual Exploitation of Minors; 18 U.S.C. § 2252(a)(1) and (b)(1) Transportation of Visual Depictions Involving the Sexual Exploitation of Minors.

At the Defendant's 1st appearance held on March 9, 2026, the government moved for pretrial detention.

On March 11, 2026, the Court denied the government's motion for pre-trial detention.  The Defendant was granted a $75,000.00 personal surety bond, cosigned by his sister, was ordered to abide by a host of special conditions while on bond, was permitted the Defendant to return home to live with his family in Chicago and was ordered to be monitored by the US Probation office in Chicago.

On March 30, 2026, the Defendant was arraigned and his presence was waived.

On April 8, 2026, the Court issued notice for the status conference on April 15, 2026.   However, the undersigned, is an Orthodox Jew and was not at work on April 8-9th in observance of the Passover work proscription and could not access his email.

Upon returning to work on April 10, 2026, the undersigned contacted counsel for the government, AUSA Brianna Coakley, who indicated she would not oppose the Defendant's request to appear at the status conference telephonically. Counsel advised that he would attend the hearing in person.

Counsel intended to file this motion on April 10th, after conferring with AUSA Coakley, however, through miscommunication, the motion was not filed at that time. Counsel sincerely apologizes to the Court for not having filed this motion sooner.

On April 13, 2026, the government sent its 1st discovery submission to the Defendant.  Counsel has not yet had sufficient opportunity to competently inspect and evaluate the discovery materials provided and review them with the Defendant

in accordance with his Sixth Amendment obligation to render effective assistance of counsel.

WHEREFORE, based on the foregoing, the Defendant respectfully requests this honorable Court to excuse the Defendant's personal appearance at the status conference, grant a continuance and set another status conference.

## AFFIDAVIT OF COUNSEL

THE UNDERSIGNED hereby incorporates by reference and reaffirms the above-stated information as the good cause basis for granting this motion.

## CERTIFICATE OF CONFERENCE

I HEREBY CERTIFY that I have conferred with opposing counsel concerning the matters set forth in this motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this document was filed with this Court's CM/ECF system on the 13th day of April 2026, and that all parties were effectively served thereby.

Respectfully submitted,

The Law Office of
ROBERT DAVID MALOVE, P.A.
200 SE 9th Street
Ft. Lauderdale, Florida 33316
Telephone: (954) 861-0384

By: */s/ Robert David Malove*
Robert David Malove
FL. Bar No.: 407283