UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:26-cr-20114-DSL

UNITED STATES OF AMERICA,
*Plaintiff*,

v.

MARTIN ESHO,
*Defendant*.
_______________________________/

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

The Movant, Robert David Malove, Esq., counsel of record for Defendant, MARTIN ESHO, respectfully moves this Court for entry of an order permitting counsel to withdraw as counsel of record for Defendant and in support states the following:

1. Movant is counsel of record for Defendant in this action.
2. Defendant has retained new counsels, David Tarras, Esq., and Matthew Amarin, Esq., who have appeared or will promptly appear as counsels for Defendant in this matter.
3. Because Defendant has retained new counsels, Movant's continued appearance as counsel of record is no longer necessary.
4. Withdrawal can be accomplished without material adverse effect on Defendant's interests because Defendant is represented by new counsels.

5. No party will be prejudiced by the requested withdrawal.

6. Pursuant to Local Rule 11.1(d)(3), counsel may withdraw only by leave of Court after notice served on the client and opposing counsel. This Motion has been served on Defendant, Defendant's new counsels, and all counsel of record. Defendant's current mailing address or the address of Defendant's new counsels are:

David Tarras, Esq.
Law Office of David Tarras
1200 North Federal Highway
Suite 300
Boca Raton, FL 33432
954-592-9416
Email: david@tarrasdefense.com

Matthew Amarin, Esq.
Amarin Law, PLLC
1935 W. Belmont Avenue
Chicago, IL 60657
773-503-8223
Email: matthew.amarin.esq@gmail.com

7. Movant respectfully requests that, upon entry of an order granting this Motion, the Clerk be directed to terminate Movant as counsel of record and remove Movant from all CM/ECF service lists for this case.

WHEREFORE, Movant respectfully requests that the Court enter an order granting this Motion, permitting Movant to withdraw as counsel of record for

Defendant, directing the Clerk to terminate Movant as counsel of record and remove Movant from all CM/ECF service lists, and granting such further relief as the Court deems just and proper.

Respectfully submitted,

The Law Office of
ROBERT DAVID MALOVE, P.A.
200 S.E. 9th Street
Ft. Lauderdale, Florida 33316
e-filing@robertmalovelaw.com
Telephone: (954) 861-0384

By: */s/ Robert David Malove*
Robert David Malove, Esq.
FL Bar No.: 407283

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of July, 2026, this document was filed via this Court's CM/ECF filing system, and that all parties were effectively served thereby.