UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   26-20114-CR-LEIBOWITZ

UNITED STATES OF AMERICA,

vs.

MARTIN ESHO,

    Defendant.
_____/

## ORDER GRANTING MOTION TO WITHDRAW

**THIS CAUSE** came before the Court on the Counsel's Motion to Withdraw [ECF No. 24].  Being fully advised, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

Robert Malove, Esq., is relieved of further responsibility in this cause.  The Clerk of Court is directed to remove Robert Malove, Esq., as counsel in this case.

**DONE AND ORDERED** in the Southern District of Florida on July 17, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:  counsel of record