**UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
FLORIDA**

**Case No.: 1:26-cr-20114-DSL**

**UNITED STATES OF AMERICA,**

**v.**

**MARTIN ESHO,**

   **Defendant.**
_____/

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

Before the Court is the Motion to Appear *Pro Hac Vice* for Matthew Amarin, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.

This Court, having considered the motion and all other relevant factors, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED.** Matthew Amarin may appear and participate in this action on behalf of Defendant Martin Esho.  The Clerk shall provide electronic notification of all electronic filings to Matthew Amarin at matthew.amarin.esq@gmail.com.

**DONE AND ORDERED** in the Southern District of Florida on July 17, 2026.

DAVID S. LEIBOWITZ
**UNITED STATES DISTRICT JUDGE**

Cc:   counsel of record