**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-20114-CR-LEIBOWITZ**

**UNITED STATES OF AMERICA,**

**v.**

**MARTIN ESHO,**

**Defendant.**
________________________________/

**ORDER GRANTING IN PART MOTION TO CONTINUE**

THIS CAUSE came before the Court on the Defendant's Motion to Continue Change of Plea and All Related Deadline [ECF No.27]. Being fully advised, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED IN PART AND DENIED IN PART.** The previous change of plea hearing scheduled for July 24, 2026, is cancelled. A status conference hearing is set for July 24, 2026, at 11:00 a.m., at United States Courthouse, Courtroom 12-3, 400 North Miami Avenue, Miami, Florida.

**DONE AND ORDERED** in the Southern District of Florida on July 20, 2026.

________________________________
**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record