**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-20114-CR-LEIBOWITZ**

**UNITED STATES OF AMERICA,**

**v.**

**MARTIN ESHO,**

    **Defendant.**

_____/

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE

**THIS CAUSE** having come before the Court on Defendant Martin Esho's Unopposed Motion to Continue the July 24, 2026 Status Conference, and the Court being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

The July 24, 2026, status conference hearing is reset to July 27, 2026, at 10:30 a.m.

Counsel David Tarras and Defendant Martin Esho shall appear in person before the Court.

**DONE AND ORDERED** in the Southern District of Florida on July 22, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record