**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-20114-CR-LEIBOWITZ**

**UNITED STATES OF AMERICA,**

**vs.**

**MARTIN ESHO,**

**Defendant.**
_________________________________/

**PARTIES' SPEEDY TRIAL REPORT**

NOW COMES, Defendant MARTIN ESHO, by and through undersigned counsel, files this Speedy Trial Report pursuant to Local Rule 88.5.

**Gross Time.** A criminal complaint issued against Defendant on March 9, 2026. Defendant was arrested on March 9, 2026, and made his initial appearance before Magistrate Judge Enjolique A. Lett that same day. A grand jury returned a two-count Indictment on March 26, 2026. Under 18 U.S.C. § 3161(c)(1), trial must commence within seventy days of "the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs." The clock therefore began to run on March 27, 2026. One hundred forty-four (144) days of gross time have elapsed from March 26, 2026, through today's date, August 17, 2026.

**Excludable Time — Local Rule 88.5(a).** One hundred forty-two (142) days are excludable as recorded on the docket:

| Start | Stop | Reason | Countable Days |
|---|---|---|---|
| March 27, 2026 | March 27, 2026 | Arrest | |
| March 28, 2026 | March 30, 3026 | Interest of Justice | |

| | | | |
|---|---|---|---|
| March 30, 2026 | March 30, 2026 | Arraignment | 0 |
| March 31, 2026 | April 15, 2026 | Interests of Justice (DE 13) | 0 |
| April 15, 2026 | May 29, 2026 | Interests of Justice (DE 17) | 0 |
| May 29, 2026 | June 24, 2026 | Interests of Justice (DE 19) | 0 |
| June 24, 2026 | July 24, 2026 | Interests of Justice (DE 21) | 0 |
| **July 25, 2026** | **July 26, 2026** | **Countable Time** | **2** |
| July 27, 2026 | December 7, 2026 | Interests of Justice | 0 |
| | | **Total** | 2 |

**Final Date for Trial to Begin.** Pursuant to the Court's July 27, 2026, Order Setting Trial and Pretrial Schedule [ECF No. 32], trial is set to begin **December 7, 2026**, at 8:30 a.m., with a Final Pretrial Conference on November 20, 2026, a status conference on October 16, 2026, and all pretrial motions due October 1, 2026.

Time is excluded through the trial date [ECF No. 31], so the case is currently set to be tried well within the Act. Should trial not commence as scheduled, the clock would resume on December 8, 2026, and the sixty-eighth day would fall on Saturday, February 13, 2027.

Date: August 24, 2026

Respectfully submitted,

*/s/ David Tarras*
David Tarras, Esq.
Florida Bar No. 125746
Law Office of David Tarras, PLLC
1200 North Federal Highway, Suite 300
Boca Raton, Florida 33432
Phone: (954) 592-9416
David@TarrasDefense.com

/s/ *Matthew Amarin* (admitted *pro hac vice*)
Amarin Law, PLLC
1935 W. Belmont Avenue
Chicago, IL 60657
773-503-8223
matthew.amarin.esq@gmail.com

Counsel for Defendant Martin Esho

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 24, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will serve a copy on all counsel of record.

*/s/ David Tarras*