**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-20114-CR-DSL**

**UNITED STATES OF AMERICA**

**v.**

**MARTIN ESHO,**

**Defendant.**
______________________________________/

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS**

The United States of America, through the undersigned Assistant United States Attorney, files this unopposed motion for an extension of time to file its response to Defendant Martin Esho's Motion to Suppress, and in support states:

1. On March 7, 2026, the Defendant was arrested for Transportation of Material Involving Sexual Exploitation of Minors and Possession of Material Involving Sexual Exploitation of Minors, in violation of Title 18, United States Code, Section 2252(a)(1), pursuant to a criminal complaint. (DE 1). A grand jury sitting in the Southern District of Florida subsequently returned an indictment against the Defendant for the same. (DE 9).

2. On October 1, 2026, the Defendant filed a Motion in Limine, a Motion for a Bill of Particulars, a Motion to Suppress and a Motion to Dismiss. (DE 38, 39, 40, 41).

3. The Court previously ordered the Government to file its response to all pretrial motions—including the Motion to Suppress—by October 15, 2026. (DE 32).

4. The Government is requesting an extension of time to file its Response to the Motion to Suppress by October 21, 2026. The Government is requesting additional time to review

the Defendant's expert report and investigate the Defendant's numerous arguments related to the Defendant's intellectual and language capacity.

5. In addition, to responding to the Defendant's three other motions, the undersigned Assistant United States Attorney has multiple time sensitive deadlines in unrelated cases, to include a grand jury presentation in a reactive violent crime case that are required to be completed by this week. The requested continuance will facilitate a thoughtful response to the Motion to Suppress, which would otherwise be case dispositive.

6. The Government has conferred with defense counsel for the Defendant, Matthew Amarin, who does not object to the Government's request for an extension of time.

Wherefore, the government requests an extension of time to file its Response to the Motion to Suppress until October 21, 2026.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: *s/ Brianna Coakley*

BRIANNA COAKLEY
Assistant United States Attorney
Court ID No. A5503184
United States Attorney's Office
99 NE 4th Street, 6th Floor
Miami, Florida 33132
(305) 961-9127
Brianna.Coakley@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 14, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which provides electronic notice of the filing.

*s/ Brianna Coakley*
BRIANNA COAKLEY
Assistant United States Attorney