**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CR-20114-DSL**

**UNITED STATES OF AMERICA**

**v.**

**MARTIN ESHO,**

**Defendant.**
_______________________________/

**ORDER EXTENDING DEADLINE FOR THE GOVERNMENT TO RESPOND TO DEFENDANT'S MOTION TO SUPPRESS**

**THIS CAUSE** comes before the Court on the United States' Unopposed Motion for Extension of Time to File Response to Defendant's Motion to Suppress. Being fully advised, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED.**

The deadline for the Government to respond to the Defendant's Motion to Suppress is extended to October 21, 2026.

**DONE AND ORDERED** in the Southern District of Florida on October 15, 2026.

_______________________________
**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT COURT JUDGE**