**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CR-20114-DSL**

**UNITED STATES OF AMERICA**

**v.**

**MARTIN ESHO,**

**Defendant.**
**_________________________________/**

## NOTICE OF APPEARANCE

COMES NOW, The United States of America, by and through the undersigned Assistant United States Attorney, noticing this Honorable Court that the undersigned Assistant United States Attorney has been assigned to the above captioned case.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: ***/s/ Daniel Rosenfeld***
Daniel Rosenfeld
Assistant United States Attorney
Court ID A5503081
99 Northeast 4th Street
Miami, Florida 33132-2111
Telephone: (305) 961-9268
Email: daniel.rosenfeld@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 21, 2026 the undersigned electronically filed the foregoing document, United States' Notice of Appearance, with the Clerk of the Court using CM/ECF.

***/s/ Daniel Rosenfeld***
Daniel Rosenfeld
Assistant United States Attorney