# ESHO Interview.wav

**[00:00:03.300] - Agent Pennyfeather**
It is March 7th, 11:59. This is Special Agent Pennyfeather.

**[00:00:08.400] - Agent Reynolds**
Special Agent Andrew Reynolds, Homeland Security Investigations.

**[00:00:11.560] - Agent Reynolds**
And we are interviewing Martin Esho.

**[00:00:49.470] - Agent Reynolds**
Hey, what's going on?

**[00:00:50.200] - Interviewee**
Hey, how you doing?

**[00:00:51.330] - Agent Reynolds**
All right, we're special agents with Homeland Security.

**[00:00:55.260] - Agent Pennyfeather**
I'm not supposed to— Andrew Reynolds, HSI. Okay, you want to sit for us please?

**[00:01:00.120] - Agent Reynolds**
Yeah, I'll sit right here.

**[00:01:03.500] - Agent Pennyfeather**
Yes.

**[00:01:04.500] - Agent Reynolds**
All right, let's get some background from you real quick. All right?

**[00:01:07.740] - Interviewee**

Yeah, I know what this is about, man. I already know. I can explain like how you guys found what you found.

**[00:01:15.320] - Agent Pennyfeather**

Okay, we'll get into that in a second. Let's just get some— Yeah, I know it's the government, man. Got some basic paperwork to fill out. Just bear with us for a second. We´ll get to it.

**[00:01:22.960] - Interviewee**

Okay. Yeah.

**[00:01:25.410] - Agent Pennyfeather**

Oh, can you spell your name please?

**[00:01:27.210] - Interviewee**

It's Martin, M-A-R-T-I-N.

**[00:01:29.300] - Agent Pennyfeather**

Okay.

**[00:01:30.520] - Interviewee**

And then last name is E-S-H-O.

**[00:01:33.860] - Agent Pennyfeather**

E-S-H-U?

**[00:01:35.250] - Interviewee**

O.

**[00:01:35.760] - Agent Pennyfeather**

O, okay.

**[00:01:36.390] - Agent Reynolds**

Yeah.

**[00:01:38.170] - Agent Pennyfeather**
What's a good address for you now?

**[00:01:39.930] - Interviewee**
It's 6723 North St. Louis Avenue, Lincolnwood, Illinois 60712.

**[00:01:49.510] - Agent Pennyfeather**
60712?

**[00:01:55.830] - Interviewee**
Yeah.

**[00:01:56.390] - Agent Pennyfeather**
Lincolnwood?

**[00:01:58.070] - Interviewee**
Yeah, Illinois.

**[00:02:01.220] - Agent Pennyfeather**
Is that outside of Chicago, or—

**[00:02:03.540] - Interviewee**
It's, it's outside of Chicago, yeah.

**[00:02:04.930] - Agent Pennyfeather**
Okay. What's a good phone number for you?

**[00:02:07.420] - Interviewee**
Uh, 773-706-6827.

**[00:02:13.980] - Agent Pennyfeather**
Okay. What do you do for work?

**[00:02:16.600] - Interviewee**
So I'm just a ramp agent.

**[00:02:18.600] - Agent Pennyfeather**
Okay. Yeah, at like, uh, airport?

**[00:02:20.840] - Interviewee**
Yeah.

**[00:02:21.260] - Agent Pennyfeather**
Which airport?

**[00:02:22.130] - Agent Reynolds**
At O'Hare.

**[00:02:24.110] - Agent Pennyfeather**
Do you work for a specific airline or is it just like whatever?

**[00:02:27.220] - Interviewee**
American Airlines.

**[00:02:28.250] - Agent Pennyfeather**
Okay. Okay. Um, the address you have, do you live there by yourself or what's your living situation?

**[00:02:39.270] - Interviewee**
I do. I live with my family.

**[00:02:41.140] - Agent Pennyfeather**
Okay. What's, uh, what's like, what's the general makeup? Is it mom, dad?

**[00:02:45.170] - Interviewee**
It's just my mom, my dad, my, uh, sister, and, uh, my niece.

**[00:02:51.970] - Agent Pennyfeather**
Okay. Other, um, do you have any kids? Are you married or anything?

**[00:03:00.650] - Interviewee**
No, no, I don't, man. I don't have any kids or, and I'm not married.

**[00:03:04.060] - Agent Pennyfeather**
No. Gotcha. Okay. And, um, what was, um— so you came back in from Colombia?

**[00:03:15.640] - Interviewee**
I did, yeah. I came back from Colombia.

**[00:03:19.510] - Agent Pennyfeather**
What, uh, what kind of flight was that? Was it American or—

**[00:03:22.080] - Interviewee**
Yeah, it was an American flight. Yeah.

**[00:03:24.610] - Agent Pennyfeather**
Do you remember the flight number by any chance?

**[00:03:28.620] - Interviewee**
I don't know.

**[00:03:29.360] - Agent Pennyfeather**
That's fine. Sorry. How long were you in Colombia for?

**[00:03:33.340] - Interviewee**
Just 4 days. 4 or 5 days.

**[00:03:37.890] - Agent Pennyfeather**
Did you fly back on, um, did you fly to Chicago?

**[00:03:42.380] - Interviewee**

Yeah, Chicago to Miami and then to Omete.

**[00:03:47.910] - Agent Pennyfeather**

Gotcha. Okay. Were you traveling by yourself or do you have anybody that you were with?

**[00:03:53.180] - Interviewee**

Um, I, I was traveling by myself, but my friend did come along, you know.

**[00:03:57.090] - Agent Pennyfeather**

Okay. Uh, is your friend, um, they, they, they didn't travel with you, they just met you there or something like that and they just rode back? Yeah. Okay, okay, man.

**[00:04:24.780] - Interviewee**

Um, yeah,

**[00:04:25.330] - Agent Pennyfeather**

Thanks for bearing with us.

**[00:04:26.380] - Interviewee**

Yeah, I don't want to do this real quick.

**[00:04:27.920] - Agent Reynolds**

He says, uh, 6723 Can you read it? North—

**[00:04:35.130] - Interviewee**

St. Louis Avenue.

**[00:04:36.590] - Agent Reynolds**

St. Louis Avenue.

**[00:04:41.050] - Agent Pennyfeather**

At Lincolnwood, Illinois, that's correct?

**[00:04:44.330] - Interviewee**
Yeah, that's correct.

**[00:04:45.170] - Agent Pennyfeather**
60712 is the code? Okay, thank you. 60712.

**[00:04:58.900] - Agent Reynolds**
All right. Yeah, so I want you to read this. This is your statement of rights before you speak to us. I want you to read it out loud and initial next to it after you read each line.

**[00:05:11.638] - Agent Reynolds**
Yeah, read it out loud.

**[00:05:11.890] - Interviewee**
Before you ask any questions, it's my duty to advise you to your rights. You have the right to remain silent. Anything can be used in court and law proceedings. You have other consultant attorney before you making a statement and answering questions, you have the right to present an attorney with you regarding questions. Attorney will be obtained before you wish. If you could answer the questions, um, anytime, stop the questions, pursue consulting an attorney. Okay.

**[00:05:49.820] - Agent Pennyfeather**
Do you understand all those?

**[00:05:51.360] - Interviewee**
I do, yeah, yeah.

**[00:05:52.560] - Agent Reynolds**
Okay, so you have to go ahead and if you agree and you want to speak to us, print your name here and you sign and you date right there.

**[00:06:00.960] - Interviewee**
Okay.

**[00:06:01.600] - Agent Pennyfeather**
Read that last thing out loud, please.

**[00:06:02.980] - Agent Reynolds**
Yeah.

**[00:06:03.530] - Interviewee**
Okay. I have read, or someone has read to me, the statement of my rights. I understand my rights are at this time. I'm willing to answer questions without law, lawyer present.

**[00:06:15.520] - Agent Pennyfeather**
Okay. If you agree and you want to speak to us, then you can sign there and date as well. The date's now March 8th.

**[00:06:32.490] - Agent Reynolds**
Right, Saturday. Yeah. 26. Yeah, yeah, there you go.

**[00:06:47.910] - Interviewee**
This is a— no, pen up.

**[00:07:05.070] - Agent Pennyfeather**
All right, so let's start this off. Um, so this is your phone, correct?

**[00:07:17.450] - Interviewee**
It is my phone, yeah.

**[00:07:19.010] - Agent Reynolds**
Okay. Are you the only person that has access to this phone?

**[00:07:22.350] - Interviewee**
Um, I do have it laying around, um, and other, others do have access to it too. Like, I just leave it laying around. I have my nephews use my phone, and, um, and that's pretty much it. Like, I have kids in the house, you know, my nephews, um, and stuff like that.

**[00:07:45.230] - Agent Pennyfeather**
How old are you? How old are the kids in the house?

**[00:07:47.750] - Interviewee**

They're like, uh, 17. They're just kids, you know. Um, but they do play video games. They do download things on it. I mean, that's what I want to get to about this. Um, I know it sounds crazy. Okay, so, um, they use a lot of video games on it. They just play a bunch of video games. They, they download things. And I don't know what they do, you know, they're just kids, they're messing around with things. Um, so I think they downloaded the links that I wasn't aware of, you know, and then it ended up being there. Also, um, with things going on in the Middle East, like, uh, Iraq and stuff like this, there's a website, newgrounds.com. I mean, I'm just curious to see what's going on. And then when I click, some of them don't work to download. So when I click on them, it downloads random, like, uh, videos related to that, you know, and then it goes on my phone. But I'm not, like, aware of what is going on there, you know. That's why I put it to, like, high, because it's my personal phone, you know. And, um, anything that's, like, wrong there, um, man, I, I don't—I'm not aware of that, you know.

**[00:09:04.760] - Interviewee**

I know it's my phone. It is my phone, but when I click to download, it just downloads a bunch of things, and it's not like I'm aware of every single thing, you know. Um, yeah.

**[00:09:17.390] - Agent Reynolds**

So let me, let me ask you this question.

**[00:09:19.470] - Agent Pennyfeather**

Of course.

**[00:09:19.950] - Agent Reynolds**

When you click, when you're clicking on these links.

**[00:09:22.410] - Interviewee**

Yeah.

**[00:09:22.430] - Agent Reynolds**

And it's downloading a whole bunch of things.

**[00:09:24.010] - Interviewee**

Yeah.

**[00:09:24.650] - Agent Reynolds**
Do you ever delete things that gets downloaded to the phone?

**[00:09:27.570] - Interviewee**
Well, what I do is I just put them to archive and I leave them there because it's just like a personal thing. It's nothing for me to show to anybody. You know, um, if there's anything wrong there, I, I bet there's like wrong things there. It's not my intention. I have an extremely sensitive career. I'm a private pilot. I have a career to pursue in aviation. I don't want to, and I don't want to ruin my life for something like this, which is very stupid, you know. I've never hurt anyone or anything like this. Um, These links that when I click on them, it's just one or two, it just downloads a bunch of things, you know. Um, do I ever like— I don't like— I'm not aware fully of them, you know, but there are some things that I, uh, am aware of, you know. Um.

**[00:10:21.110] - Agent Reynolds**
What's the name of the website that you're getting this stuff from?

**[00:10:23.710] - Agent Pennyfeather**
I just go to newgrounds.com.

**[00:10:25.470] - Agent Reynolds**
It's just called Newgrounds?

**[00:10:27.270] - Interviewee**
Yeah, it, so basically it's, it shows you, um, Like, it clicks the content of, um, like accidents and wars and stuff like this. It does not show that, you know, it doesn't. I don't know. So when I click on it, it downloads a bunch of things and it goes to my, uh, like files, and then I archive because I don't want people to look at it, you know.

**[00:10:52.760] - Agent Pennyfeather**
Right.

**[00:10:52.940] - Interviewee**
This is my personal thing. Like, you have your personal thing, but I did not know it had that. You know, um, I mean, that's all I can tell you. You know, I, I have a very sensitive career. Again, I'm

a private pilot. I'm like pursuing my dreams, accomplishing my dreams, and I don't want this to like affect me, you know. Um,

**[00:11:15.940] - Agent Pennyfeather**

When you say like stuff like that, [yeah] you know,

**[00:11:19.750] - Interviewee**

it's like pornography of like, um Maybe of like, um, of like, uh, younger, uh, individuals, you know. Like, I think it's like that, you know, because I do see that it's like that. I just delete it. Um, but I wasn't expecting to get, to get a look at that. I've never hurt a kid or anything like this, you know. I just delete things. Um, But the thing is, I was not aware of it, you know, because I think that, because I did see it. I want to be honest with you. I don't want to lie, you know. I don't want to say I never seen it. I did see it, then I deleted it. Um, and I have no intentions of, um, I mean, it's just that website, you know, and that's all it is. I'm really like sorry about this, man, um, yeah.

**[00:12:15.690] - Interviewee**

When's the last time you went to this newgrounds.com? Or is that what it is, the Newgrounds?

**[00:12:21.460] - Interviewee**

Yeah, you can look at it, just Newgrounds. What it has is just, um, it does not have any, uh, like, well, it does have porn-related. I mean, we're guys, you know, like, I'm not gonna sit and lie to you. I told you I don't watch it, you know. So when you download it, you know, it's not, it's not like, um How can I say, um, so it's just a normal website and there's some videos you cannot watch and it says you must be like a member or something like this. And I don't know any better, I just click on it to download and a bunch of videos just download, they go to my phone, you know. And that's all it is. I did see some stupid stuff like this, but I just get rid of them. It's nothing with my intentions of saving things and putting on my phone like this because that's like fucked up. I mean, the things like the beheading and the killing, it's all, it's all messed up. Um, and I don't enjoy these videos of beheading and just like the world with what's going on with the wars, you know. I mean, it just gets dropped there and then I just delete it.

**[00:13:25.900] - Agent Pennyfeather**

When's the last time you deleted some of this stuff?

**[00:13:29.200] - Interviewee**

Last time I deleted some of that stuff? Um, well, I just randomly deleted, you know. It downloads and it deletes.

**[00:13:37.540] - Agent Pennyfeather**

Gotcha. I'm just trying to like—

**[00:13:38.750] - Interviewee**

Yeah, yeah, analyze it, right? Yeah, I know, man. It's, it's just crazy. It's not like that I, I, look, man, this is a serious thing, you know? Like, it's a serious offense. I, I understand. I have no intentions of like, like watching that, you know? Um, or any intentions of, um, being related to that. It just downloads on my phone and, and then I delete them. And I do scroll around and I delete them again, but it's just the website. I wasn't aware of what's going to be downloaded there, you know. Um, my view of the website, it's just to see like the crazy shit that's happening, you know. Like, it's just gory. Sometimes you can't see it. You, you download something and then it just archives it. I don't know what the heck it's downloading. Yeah.

**[00:14:31.520] - Agent Reynolds**

So, so when you click in these, when you're clicking on these websites, like, what are you looking for?

**[00:14:37.770] - Interviewee**

Me, basically, I just basically news, you know. I just look at the news of what's going on in the world, and, and some things are like, like extreme car accidents, um, gore, horror things, you know, like just like the, um, some things they cannot show you on YouTube. You type in like, uh, Like the, any plane crashes or anything like this, they kind of hide. Like the Air India 9 whatever, one that like they'll blur that out, they won't show it.

**[00:15:08.840] - Agent Pennyfeather**

Right.

**[00:15:09.500] - Interviewee**

So they'll show things like that, you know. Um, I just see it to look at it, you know, like damn, that's crazy. And sometimes when you click on it, it doesn't work. It says you must download this to, in order to watch the videos. And then I download it and all this crap goes to my phone. I don't want people to see, seeing it, and then it stays there, and then I just delete it, you know? And that's all

it is. It's nothing that I purposely look for, you know? Like, that's something I don't do at all. That's like weird, you know? Yeah. Um,

**[00:15:47.310] - Agent Reynolds**
So help me understand a little bit. All right. I'm not saying you are...

**[00:15:50.730] - Interviewee**
Yeah, of course, of course. Yeah, yeah. Like, man, I have no intentions, right?

**[00:15:55.470] - Agent Pennyfeather**
I get it. So we're talking about like Digital stuff.

**[00:15:57.990] - Interviewee**
Yeah.

**[00:15:58.550] - Agent Pennyfeather**
I get it, right? I'm not saying, you know, I think you're this type of dude who's...

**[00:16:02.810] - Interviewee**
Yeah, yeah, I know, man.

**[00:16:03.770] - Agent Pennyfeather**
You know, who's gonna be hands-on with kids.

**[00:16:06.170] - Interviewee**
No, no, definitely not. That's fucked up, man.

**[00:16:09.390] - Agent Pennyfeather**
I agree. I'm glad we agree on it, right?

**[00:16:11.650] - Interviewee**
100%. I've nephews, that's all.

**[00:16:13.210] - Agent Pennyfeather**
If it's digital things, you know, we can work past that, right?

**[00:16:17.250] - Interviewee**
Yeah.

**[00:16:17.270] - Agent Pennyfeather**
So help me understand. So, [Yeah] um, part of the process of you coming back into the country, [yeah], you know, everybody is subject for inspection, right?

**[00:16:26.450] - Agent Reynolds**
Of course.

**[00:16:26.890] - Agent Pennyfeather**
You gave your phones into the CBP officer [Yeah.] Given the passcode to your phone.

**[00:16:31.130] - Interviewee**
Of course, yeah.

**[00:16:32.410] - Agent Pennyfeather**
Um, and then, you know, some stuff was observed on your phone, okay? Um, particularly stuff in the hidden folder, okay?

**[00:16:39.090] - Interviewee**
Yeah, yeah, that's where I put them in the deleted hidden so no one sees them.

**[00:16:42.570] - Agent Pennyfeather**
So you're aware of some of that stuff that is on your phone?

**[00:16:45.610] - Interviewee**
Um, I'm aware and then I deleted it.

**[00:16:47.890] - Agent Pennyfeather**
Okay, so there's stuff on your phone that's not deleted.

**[00:16:51.690] - Interviewee**

That's not deleted, but which is like hidden, you know? Which is hidden because I don't know what's there. First, what I do is I put it hidden and then I delete is what I do.

**[00:17:01.580] - Agent Pennyfeather**

Why would you, why would you just not delete it outright if it's not something you want on your phone?

**[00:17:07.200] - Interviewee**

Because when you download it, you don't know what it is. So what I do is I put on a hidden file and then I review it and then I delete it. I just look at it. If I see something crazy like that, I delete it immediately. It's not like I just hit it to keep it. No. Um, and there's so many, you know. I mean, I do put my personal photos there too, and some things are blended with it, but the majority of things like that. I mean, it's your personal phone, and I just put on hidden. And then what I see, I review and delete. Whatever I see, I review and delete. There is some crazy shit there, like worse than what we think, you know.

**[00:17:46.110] - Agent Pennyfeather**

Sure.

**[00:17:46.630] - Interviewee**

And then I just delete it. I don't keep it or, or whatever, you know. I don't do that. I don't affiliate myself with that.

**[00:17:52.980] - Agent Pennyfeather**

How long have you had this phone for?

**[00:17:55.240] - Interviewee**

This phone, I had it for since, I think it's the iPhone 14, whenever it, uh, it came out, you know.

**[00:18:01.150] - Agent Pennyfeather**

Uh, do you have the same sort of setup on the other phone that you have?

**[00:18:05.270] - Interviewee**

It's the same thing, yeah.

**[00:18:07.290] - Agent Pennyfeather**

Okay, so I mean, that phone looked like it was broken.

**[00:18:12.260] - Interviewee**

Yeah, it was broken, yeah.

**[00:18:13.650] - Agent Pennyfeather**

But does it have the same sort of like—

**[00:18:15.750] - Interviewee**

It does, yeah. But what I, that it's a broken phone. And like I said, it downloads, it goes there, but I don't touch that phone, you know. I don't touch, I don't have access to that phone. Like, I don't really mess with that phone. And then, um, I mean, I gave it to him, you know, because I, I don't want to hide anything, you know. I'm telling the truth. I, I download it, I go to newgrounds.com, sometimes it's on Reddit or whatever. I download an archive that stays there, and then I delete them. You know.

**[00:18:46.880] - Agent Pennyfeather**

Was that your phone previous to this one? Like, it was like an old phone, like an upgrade, or—

**[00:18:52.460] - Interviewee**

Um, basically it's an older phone that I had and I just kept it. Um, and like, again, my nephews do play video games on the phone, you know. They do play video games on it and they download things on it, you know.

**[00:19:06.540] - Agent Pennyfeather**

Do you know what they download?

**[00:19:08.120] - Interviewee**

Most of the time it's just video games, video games from the, the Apple Store. And sometimes they do go to Google and they do download other things. Like, they try to get videos that they can't download, and that could be probably associated with that, you know. But what I do, again, if anything's there, archive, and I delete it.

**[00:19:28.100] - Agent Pennyfeather**
Okay.

**[00:19:28.710] - Interviewee**
I mean, it goes to the archive because it's your personal phone, you know. It's not, I'm not hiding anything. I'm telling you the truth. There is crazy shit on there, like, related to accidents, related to, um, Anything gore, the wrong porn, you know what I mean? It's there. Um, I don't keep it. Like I said, I just shit a bunch of crap that downloads and it goes there. And then after that, I browse it and I can't browse a million things at once, you know. I just scroll and delete, scroll and delete. If it's something wrong, man, there's a bunch of crap I did delete that's worse. I've seen one with a person being like beheaded. It's not that I'm like interested in watching this crap, you know. It's just news that I, like, I'm curious to know, right? And they just show you like behind the scenes stuff, and then when it downloads, it goes there, and that's all I can tell you, you know.

**[00:20:21.910] - Agent Pennyfeather**
Um, so yeah, let's table that for like 2 seconds, right?

**[00:20:27.230] - Interviewee**
Yeah, of course.

**[00:20:29.010] - Agent Pennyfeather**
What about other, I mean, do you consume any other like pornography?

**[00:20:34.630] - Interviewee**
No, I mean, I do watch porn. I'm a guy, you know. I do. I'm not gonna lie to you. We all have, um We have testosterone and everything like this, you know. I'm not gonna sit here and say, "I don't watch porn." I'm being honest with you, I do, you know. Um, I mean, yeah, we all have our own fantasies and everything like this, right? Um, I mean, it's personal, you know. Like, you are, like, I wasn't expecting anyone to call my phone, you know. Like, I gave it out, here's what it is, tell me the truth. And, um, yeah.

**[00:21:10.650] - Agent Pennyfeather**
Do, um, do like the nephews or the, you know, the kids that are in the house, did they watch porn on your phone?

**[00:21:16.950] - Interviewee**

No, no, I don't think they do. Maybe they do, I don't know, man. They're kids, man. Because one time their dad, when they were like young, he did beat them. Like, man, what are you guys watching? You guys are not like allowed to watch this stuff, you know.

**[00:21:30.990] - Agent Pennyfeather**

Um, they have their own phones?

**[00:21:32.350] - Interviewee**

They have like iPads and stuff like this. Not iPads, um Yeah, but this was a long time ago, maybe like, sorry, maybe like, um, like 6, 7 years ago, you know. Yeah, but they don't watch it. They get, they got beaten up for it and then they don't. But they're kids, you know, they'll watch violence, shooting, stuff like this, like GTA. Yeah, stuff like that.

**[00:21:59.350] - Agent Pennyfeather**

Okay, so again, I'm just trying to make a little sense of it.

**[00:22:02.320] - Interviewee**

Yeah, yeah, of course.

**[00:22:04.320] - Agent Pennyfeather**

They were doing stuff on that phone.

**[00:22:06.780] - Interviewee**

Yeah.

**[00:22:06.940] - Agent Pennyfeather**

They weren't supposed to do. And then how would that end up in the hidden folder as well?

**[00:22:11.680] - Interviewee**

Because what they do on my phone is when they go to the Google website, they download links. I don't know what these kids are doing. They're kids, so they're, they're going to Google, downloading what? What is that, uh, like Fortnite? I don't know, a bunch of games. There's links, they just click and download things, and it goes to the archive folder and um, the things that they want, it does get downloaded, whatever it's whether it's a video game or not. Um, other than that,

it's me. I'm being honest with you. It's me. I'm not lying to you. Whether it's newgrounds.com or ebombsworld.com. Have you guys ever, ebombsworld.com? it's just sort of— it just shows you like, um, you can write that down too, ebombsworld. Basically shows behind the scenes things that they're not allowed to show on YouTube. It censors it sometimes. Like I said, again, you— it doesn't allow you to watch it. You click on it and then it downloads, but it doesn't download that specific video. It'll download a bunch of links, you know, and then you convert them, whatever, to a video or whatever, and then you can browse around to see what's there. And then sometimes that crazy shit is there, you know. I don't care. Like, like I said, I archive it, I review it, and then I delete it. It's not, it's not all of it like that, you know. Whatever I see I don't like, I delete, and that's all it is. I don't keep, you know, like child porn or like beheading videos or, uh, crazy accidents. There's one with, um, car accident with a bunch of bodies on the floor, you know, like, like very gruesome videos. It's not— I'm not interested in that stuff. It just shows you behind the scenes stuff. It goes there, it downloads, and then whatever, I just browse it and I delete it. I don't keep nothing, you know.

**[00:24:04.540] - Agent Reynolds**
So let me ask you this.

**[00:24:05.710] - Interviewee**
Yeah.

**[00:24:06.160] - Agent Reynolds**
So have you ever downloaded porn from any of those websites? The what is it called, the eBombs World or Newgrounds?

**[00:24:14.130] - Interviewee**
Yeah. So when you download them, you basically, um, review them. Let's say you do see porn, all right, like you see a video that you're interested in. When you click on it, sometimes it works, right? And sometimes it says no, you have to download, or you have to be a member, or you have to log in to get it, like, to get it to working. Um, so sometimes I want to watch the video, you know. You're, you're a guy. Like, I'm not gonna, I do have an OnlyFans subscription, whatever, you know. Like, I'm not gonna sit here, oh, I'm a simp. You pay for, uh, girls, you know what I mean? I do do that. Um, so if you are allowed to press play, it plays. But if sometimes it does say no, it's not gonna work, you must either A, log in, or B, download, or be like a member or whatever. So when you click on it, a bunch of links download, and then I just archived them. And there are gruesome, crazy shit. I didn't, I didn't expect that, like be that far, you know. And then I just delete stuff like this.

**[00:25:27.460] - Agent Pennyfeather**
So I hear what you're saying.

**[00:25:31.400] - Agent Reynolds**
Yeah.

**[00:25:31.690] - Agent Pennyfeather**
So like, you, and correct me if I'm wrong.

**[00:25:33.600] - Interviewee**
Yeah, of course, of course.

**[00:25:34.720] - Agent Pennyfeather**
So you, you find some stuff in there, you're kind of like siphoning it all.

**[00:25:39.040] - Interviewee**
Yeah, just browsing, you know.

**[00:25:40.670] - Agent Pennyfeather**
And then some stuff gets, um, downloaded.

**[00:25:45.010] - Agent Reynolds**
Yeah.

**[00:25:45.430] - Agent Pennyfeather**
And you end up downloading a bunch of other stuff.

**[00:25:47.420] - Interviewee**
Yeah.

**[00:25:47.840] - Agent Pennyfeather**
And then you review it, delete the stuff that you don't want, the stuff that you do want.

**[00:25:53.220] - Interviewee**

And also one more thing, sorry to cut you off. Sometimes when you download them, they're not in order of the dates. They'll have something from like 1990 or 2000, I don't know. It's like this. I guess that's part of it, you know. I, I don't know, but, um, I'm being honest with you. I'm showing you my phone, you know. I'm not hiding anything. You can look at anything I want, you know.

**[00:26:15.700] - Agent Pennyfeather**

So if, if all that is what you're saying, yeah, and you filtered it out, why is there stuff on that phone...

**[00:26:23.480] - Interviewee**

That shouldn't be there?

**[00:26:25.660] - Agent Reynolds**

Why is it there if you said that you deleted it?

**[00:26:27.960] - Interviewee**

Because I haven't seen everything from it. Because when I scroll through it, it's not like I've seen every single thing. There are like 2,000 photos of mine personally. There are thousands of photos of, or videos of me personally, or things I download normally like Instagram or my blog. So they all get meshed up together. I don't just go and like review it all at once and delete it. When I see something bad, I delete it. But if it's something like normal porn, you know, if I like, I'm gonna be honest with you, then I'm gonna keep it, you know. But if it's something that's like gruesome or evil or any intent, then I do delete it immediately. Yeah. But there's too much for me to look at to delete. There's like I have personally thousands of photos from me, you know, like just personal, like Instagram, Snapchat. So what I do is I look, what I don't see that like it's fucked up, I get rid of it.

**[00:27:21.780] - Agent Pennyfeather**

Okay. Yeah, I'm not talking about one or two.

**[00:27:25.300] - Interviewee**

Yeah.

**[00:27:25.640] - Agent Pennyfeather**

Because I didn't just see one or two, I saw more than that.

**[00:27:28.110] - Interviewee**
Yeah, right.

**[00:27:30.200] - Agent Pennyfeather**
And then the problem is, is that you have that material on your phone.

**[00:27:36.460] - Interviewee**
Correct, correct. It's all from that link. I download it, it goes there. I already, like I said, it's not on my normal photos, it's archive.

**[00:27:44.120] - Agent Pennyfeather**
So these are in your hidden photo application?

**[00:27:47.680] - Interviewee**
They're there, but when I review it, I don't, I see something I don't like, I delete it. But the thing is, I don't know what I'm really downloading, to be honest with you. Like, I know it's there, but when I'm clicking download, I don't know what's going there. It just exports it to videos and then it goes there. Like, everything that is there is not, I'm not fully aware of, you know. So when I hit download, it just exports the videos. And, um, when I see something, like I said, I don't like, I know you see multiple because there's, I can't just look at every single, like, photo of me, Snapchat, Instagram. It just meshes up together. If it's something like fucked up, fucked up, I delete it. I don't, I don't leave it there. And it's all from the links, man. It's not— it's nothing like, um, I'm personally going and typing that stuff and downloading on my phone. Right.

**[00:28:43.330] - Agent Pennyfeather**
So I understand that.

**[00:28:45.260] - Interviewee**
Yeah.

**[00:28:46.050] - Agent Pennyfeather**
But there's stuff there in your hidden application.

**[00:28:49.930] - Interviewee**
Correct.

**[00:28:50.430] - Agent Pennyfeather**
It's not archived, it's hidden, meaning that you don't want people to see it.

**[00:28:54.570] - Interviewee**
Yeah.

**[00:28:55.220] - Agent Pennyfeather**
It's not in your deleted. So I know you didn't delete it.

**[00:28:58.560] - Interviewee**
Not yet, no.

**[00:28:59.760] - Agent Pennyfeather**
But it's there.

**[00:29:00.840] - Interviewee**
It's there because I haven't reviewed it. I just, it's all meshed up together, but I will delete them. And if you want me to delete it now, I can delete it, you know.

**[00:29:09.500] - Agent Pennyfeather**
Just.

**[00:29:11.380] - Interviewee**
Yeah.

**[00:29:12.360] - Agent Pennyfeather**
If I told you that I had CSAM on my phone, CSAM being child sex abuse material, [yeah,] and it was on my phone, but I haven't got rid of it yet because I haven't seen it yet, but I was aware it was there. Would that make sense to you?

**[00:29:27.990] - Interviewee**
No, absolutely not. And, and I'm not aware that it's there, honestly.

**[00:29:31.810] - Agent Pennyfeather**

You told me earlier that you knew there was stuff on your phone that shouldn't be there. Specifically, porn. Are we referring to the same thing?

**[00:29:39.210] - Agent Pennyfeather**

Correct, correct. Yes.

**[00:29:40.110] - Agent Pennyfeather**

So how did you know it's not there but you haven't reviewed it yet?

**[00:29:44.230] - Interviewee**

Because I'll tell you why. Because when it comes on there, I don't see it immediately. It does go there, but what I see, I delete. It's not like what I see, I don't delete. There are, they are archived. When I see them, I delete them, but they're just all mixed together from the, from the link to the archive. When I see them, I delete them immediately because what happens is if I click on the select bar and you just, you know how you click select and you scroll all the way down or select all of them? If you hit delete, then it deletes everything, even your personal stuff. But I'm being honest with you, it's from the link I downloaded a bunch of stupid videos. I shouldn't even be watching those gruesome or behind-the-scenes videos, and they get downloaded on there. Am I aware of them? Sometimes they do go on there, but I delete them. And when they are there, I get rid of them immediately. Like right now, there's a bunch of them archived. I haven't even, uh, like, I'm not aware of them, you know?

**[00:30:45.450] - Agent Pennyfeather**

Okay, well, I'm, [yeah,] I'm not even really talking about the ones that you say that are archived. I'm talking about the ones that are saved in your hidden folder.

**[00:30:53.320] - Interviewee**

Yeah, those ones. Yeah, the hidden and archived. Isn't that the same? Like, where you like, basically, look, man, all I'm trying to tell you is, is I have all my photos hidden, just personally, you know, just mines and the things I download. It's in my phone, you know. When it downloads there, I don't review to keep it. I know that's what you're probably thinking. Why is it even there in, in the first place? Absolutely not. When I see it, I delete it. And even, I don't even look at it. I see some stupid, um, cover, you know, inappropriate cover, I delete it immediately. I swear to you, it's from the link and it shouldn't be there. That's why I have it in the, in the deleted archive folder. I don't have it up to the public. Um, and I'm not on my phone all the time, like, like you met Stuff, you

know. I mean, there's other things I download from Snapchat and in the real, real life world, you know. It gets there when it's in the archive folder because everything goes there. That's what you're saying, like, why, why is it there in the first, I just put everything there.

**[00:32:01.900] - Agent Pennyfeather**
You're telling me everything that—

**[00:32:03.140] - Interviewee**
Yeah.

**[00:32:04.120] - Agent Pennyfeather**
Downloaded goes into the archive?

**[00:32:05.570] - Interviewee**
Yeah, it just goes there.

**[00:32:06.940] - Agent Pennyfeather**
But if you're saying that your hidden folder is the same thing as your archive, is what you're saying?

**[00:32:14.260] - Interviewee**
Hidden folder. Yeah, that's what it is. I just put everything in hidden is what it is. I just select everything and I put it in hidden.

**[00:32:20.870] - Agent Pennyfeather**
Okay.

**[00:32:21.750] - Agent Reynolds**
Yeah.

**[00:32:22.350] - Agent Pennyfeather**
So you said you watch, you consume pornography, right?

**[00:32:26.210] - Interviewee**

Normal. Yeah, I don't watch the, the, that, that, man, listen, when I click the link, all that crap goes there and then I delete it. I don't keep it there. Immediately delete it.

**[00:32:36.530] - Agent Pennyfeather**

When you consume pornography, you save it. Right?

**[00:32:40.840] - Interviewee**

But it's normal pornography. But sometimes I just go to Pornhub.com, you know.

**[00:32:45.220] - Agent Pennyfeather**

Okay, but yeah, I'm talking about the normal pornography that's in the hidden folder.

**[00:32:49.400] - Interviewee**

Yeah.

**[00:32:49.860] - Agent Pennyfeather**

You're aware of that?

**[00:32:51.640] - Interviewee**

The, the, uh, the normal ones, I'm aware of them. And sometimes I'm not aware of them too, honestly, because I don't know what's on there, you know. Um, the pornography I download, the ones that are normal, they are all there. The ones that are not normal, like the abnormal ones, Um, when I see them, I delete them. It's not only the pornography, sometimes other gruesome things too, you know. I just review and delete, review, and I don't just keep it on my folder and to stay there.

**[00:33:23.130] - Agent Pennyfeather**

Okay. [Yeah,] when we say the not normal, let's just call it what it is. [Yeah,] it's child pornography.

**[00:33:29.930] - Interviewee**

Yeah.

**[00:33:30.350] - Agent Pennyfeather**

Okay, why would that be next to other adult pornography if you say you consume adult pornography and then child pornography is mixed in with that? You said you consume the adult pornography.

**[00:33:44.490] - Interviewee**

Yeah.

**[00:33:44.970] - Agent Pennyfeather**

Why would the child pornography be in the same area as the adult pornography where you say you consume it?

**[00:33:51.770] - Interviewee**

Well, I don't consume it. Again, it goes all to that hidden folder, and whatever I see that is like bad, I delete it, you know. Like I said, man, it's from the link and it goes there. Sometimes it's not a porn app download, it just goes there. Like even if you go to Pornhub.com, sometimes it doesn't work. It says to download this link and it goes All there. So it's not like I'm reviewing every single one of them to keep them and say, okay, that's the child porn, you know, I'm gonna keep it. Absolutely not. Whether it's that, the child porn, or whether it's a gruesome video of an accident, I don't know. If it's something bad, negative, I don't see everything there. It's just there's too many photos there. So whatever I see that is bad, I delete it immediately. I don't keep it on my phone. Um.

**[00:34:42.980] - Agent Pennyfeather**

I, I understand, and I know that's what you told me. Yeah, yeah, delete it on your phone. But the problem is, is it is on your phone.

**[00:34:49.860] - Interviewee**

It is. And, uh, and, and if it is, I haven't reviewed it, and I'm gonna, the thing is, they all come to my phone and I, and I'm, and I'm deleting them when I see something bad like this.

**[00:34:59.780] - Agent Pennyfeather**

You also told me you're aware this stuff is on your phone.

**[00:35:02.800] - Interviewee**

That, that I wanna, I, I'm, I'm saying that to you because I want to be honest with you.

**[00:35:07.240] - Agent Pennyfeather**

And I appreciate that.

**[00:35:08.040] - Interviewee**

Yeah, I'm saying that too because it does come on there. I don't want to say, I don't want to sit here and say, hey man, no, it's just normal porn or, um, just gruesome videos. I, I automatically mentioned it, that they do go on, they go stupid porn videos, but I delete them immediately. I don't keep them or anything like this. I even delete the other normal porn videos too if I'm not, uh, if I don't like them, or any other photos of a person, of myself, or anything else like that's gruesome. Some things I don't like, I delete them. But it is on my phone is what you're trying to say. But the thing is, I have not reviewed them and they should not be on my phone. You're right. Because the link, when I click the download, it goes all there and I don't know what's, what's going there. My kids are using, uh, my kids, my nephews use the phone. They download things, they have access to it. And whatever goes there, I just leave it there because I can't just delete every single thing, you know. I mean, and I don't always, um, like watch. I'm not a porn addict, you know, but sometimes I do. When I watch it, I do watch it. But the thing is, what I'm trying to tell you is it's there, and I, uh, whatever I see I don't like, I delete it, and that's it. I mean, it's a link. It's going there. It's been there downloading, and I don't go to that link anymore, you know. Um, And my intentions is not to download child porn. That's not my intentions at all. That I have zero intentions of doing that. My intentions is to see behind the scenes of reckless accidents and things that they cover up. It's just a normal website. It's just, it's just, it's a hidden website. It's ebombsroll.com and newgrounds.com. I click on it, a bunch of things download, and they automatically export to videos. And I don't know what's there. I'm not even aware of it, that it's like— I mean, I'm— I do know, I am aware that, that there are videos like that there, but I don't watch those videos. I deleted them.

**[00:37:19.330] - Agent Pennyfeather**

Um, the problem is—

**[00:37:20.790] - Interviewee**

The problem is you see them there because I have not, um, maybe they downloaded, I, maybe I clicked on the link, they got there, and I haven't, they go to hidden, I haven't deleted them. But that's what I'm trying to tell you. Um, you click, they, they export to videos, and then sometimes I don't even look at them, you know, I'm just doing my normal thing. But when I do see it, obviously,

like right now, um, like right now, you, I gave him my phone, the guys, like, this is my password, I'm not hiding anything, I'm telling you the truth. It's a link I click on, it downloads videos, it goes to the archive folder. And then, like, today I'm flying all day, you know. I was up since like 2 in the morning. I'm just flying all day. Sometimes I don't even have time to look at my photos or just use my phone in general. So they're all there. Um.

**[00:38:15.290] - Agent Pennyfeather**
Let me see.

**[00:38:15.980] - Interviewee**
Yeah, of course. Yeah, ebombsworld.com.

**[00:38:37.830] - Agent Pennyfeather**
Oh, okay.

**[00:38:52.140] - Interviewee**
I mean, I haven't been there in, in a hot minute, you know. Um, or newgrounds.com.

**[00:39:01.230] - Agent Reynolds**
How often were you downloading things from there?

**[00:39:03.510] - Interviewee**
It's like very occasionally, and I delete my history too, you know what I mean? Um, because obviously it's your personal phone. I go there, um, when I click on, let's say, like a video of an accident, like a car accident That's that you can't see. When you click on it, a bunch brrrrrrr of things download, and then when they download, it exports to videos. And I don't know what goes on there. They just export, and then I am aware of it because it does be there, and then I just delete it. It's not like I, it's not like I download it, I archive it, and I keep it. Absolutely not.

**[00:39:40.840] - Agent Reynolds**
So when you, when you download porn from those websites, how many— how many videos do they typically put out?

**[00:39:46.630] - Interviewee**

You know, sometimes it's not just the video. Sometimes it's like, um, games and, um, other things like, um, other apps, scamming apps, or what do you call those things, um, gambling apps, stuff like this. They just download a bunch of bad things, you know, like almost like a virus. It's like, here, click this and then you'll get to see the video. Then it downloads a bunch of things like apps, um, uh, Videos that shouldn't be there, you know, and I'm not aware of it, you know. I don't know what the hell is going on, you know, until I see it, then I delete it.

**[00:40:24.090] - Agent Reynolds**

How would you, um—

**[00:40:25.990] - Interviewee**

Yeah.

**[00:40:26.150] - Agent Reynolds**

When you said, when you said apps and games, where, where are you downloading that from?

**[00:40:30.890] - Interviewee**

eBombsRoll.com. So when you click on that link to see a video, it, or newbombs.com, it downloads random things.

**[00:40:39.850] - Agent Reynolds**

Like pop-ups?

**[00:40:41.150] - Interviewee**

Yeah, exactly, pop-ups. And look, I, I don't know how I sound guilty because of this. I mean, I don't know how to sound normal, you know? Because I don't do that stuff. There's no way you could sound normal explaining this to somebody, you know? Um, yeah, man, just the link I, I click on and then it downloads a bunch of crazy stuff. Generally what I'm looking for is the video of like the actual incident, you know? But then pop-ups come and things get exported and downloaded, and I don't want people to see it, so archive it. So when I go and review it, some, some crap I don't like, it's like fucked up to see, like the child porn, I delete that crap. If it's a video of, um, like I said, anything gruesome, blah blah blah, I delete them. There's too many of them to delete all at once because I have my personal things. And that's all I, that's how I can explain myself.

**[00:41:43.600] - Agent Reynolds**
So let me ask you this.

**[00:41:45.020] - Agent Pennyfeather**
Yeah.

**[00:41:45.460] - Agent Reynolds**
So you know when you download this stuff that sometimes child porn comes up?

**[00:41:49.620] - Interviewee**
Yeah.

**[00:41:50.520] - Agent Reynolds**
Why do you continue to download this stuff if you know child porn pops up sometimes?

**[00:41:55.170] - Interviewee**
Because when you, okay, when it pops up, it doesn't always do it. So when you click on it, it goes to apps. Sometimes they randomly pop up.

**[00:42:05.210] - Agent Reynolds**
Right.

**[00:42:05.760] - Interviewee**
But why do I, your question is, why do you randomly do it if it keeps popping up?

**[00:42:09.580] - Agent Reynolds**
Right.

**[00:42:10.900] - Interviewee**
I don't. I don't do it because I try to avoid it. What do you want? I can't, I cannot click on something and then the thing that I don't want to download to be there, you know? Like, I don't have control over that. But you're right, I do agree with that. If you see something like that, you shouldn't even click on it to download is what you're saying.

**[00:42:29.020] - Agent Reynolds**
Right. I'm just kind of I guess I'm trying to understand, like, if it happened once, okay. [Yeah.] But you're saying it happens often.

**[00:42:36.670] - Interviewee**
It happens often, yeah.

**[00:42:38.650] - Agent Reynolds**
But like—

**[00:42:39.490] - Interviewee**
Why do you keep doing it is your question?

**[00:42:41.250] - Agent Reynolds**
Yeah, that's my question.

**[00:42:42.550] - Interviewee**
Because I'm not. My intention is not to go look at it, you know. My intention is to watch that video and then whatever, because it's a bunch of things that is being downloaded. Sometimes it doesn't even download on there. Sometimes when you click on it, you don't see no child porn. You don't. You just see random other videos. You see other apps pop up. They randomly go up there, but like, I don't keep it there. There's too many, so I delete them.

**[00:43:07.260] - Agent Reynolds**
When you click on what, you don't see child porn?

**[00:43:10.020] - Interviewee**
Like, when you click, when you click on the link to, to download whatever video you want to see, um, sometimes you only get pop-ups like apps and other links and stuff like this. Yeah, so I'm, I don't have, I have no intentions of downloading any of that stuff on my phone, you know, like personally or directly. Absolutely not. It's just links that goes there. And then you're right, I agree with you. Um, what I see that's being like hidden, it just goes to hidden, right? And that's fucked up, you know, like you should Generally, people keep it in their normal photos, but I keep it there because there's some fucked up shit there, you know, and I delete whatever is extremely fucked up. I don't keep it there at all. But now you're saying, why is it there? Because I didn't look at it in

a long time. I didn't review it today. I was flying for 12 hours and it was there, you know. But when do I review it to delete it is maybe your question. Randomly. When I'm all on it, I'm just bored, I'm sitting, I'll, I'll just delete whatever, you know.

**[00:44:24.770] - Agent Reynolds**
So when's the last time you've downloaded something?

**[00:44:27.870] - Interviewee**
Um, I'm gonna say, um, maybe like 4 months ago, because I'm not on there all the time, you know. I just, you get bored, I just should, it just goes in the downloads.

**[00:44:42.910] - Agent Reynolds**
So 4 months, and then So 4 months ago, child porn popped up on your phone?

**[00:44:48.390] - Interviewee**
Yeah.

**[00:44:49.380] - Agent Reynolds**
That's kind of a long time that you could have deleted that, don't you think?

**[00:44:53.330] - Interviewee**
So when you click on it, the dates that it gets downloaded to is not the actual days. Some random stuff. But look, man, at the end of the day, it's wrong. It shouldn't be there, and it's got to be deleted. And that's what I'm here to, uh, to tell you guys, you know, or, uh explain, because it, man, it's a link I click, everything gets downloaded, and my intention is not to keep any of the videos, you know. They all just get there, and I didn't expect to get, get my phone checked, you know. What I see that I don't like, even if it's nothing related to child porn, or even if it's like personally embarrassing, excuse me, if it's something embarrassing, I delete it, you know.

**[00:45:37.040] - Agent Pennyfeather**
Right.

**[00:45:37.480] - Interviewee**
But the thing is, everything is there in the hidden folder. And in order for me to like, um, review everything, you know, I have to scroll and delete. But it's fucked up, you know, that when I click

on it, the links just go there. And my nephews click on the links, they download, and it goes there. But it shouldn't be there, is what you're trying to tell me. So that's what I'm saying. Is I delete them. I don't keep nothing, and I have no intentions of keeping that stuff on my phone, you know?

**[00:46:07.770] - Agent Reynolds**
Right.

**[00:46:08.380] - Interviewee**
At all.

**[00:46:09.920] - Agent Pennyfeather**
Tell me about, uh, face swap.

**[00:46:12.980] - Interviewee**
Okay, face swap is just like a fantasy thing, you know?

**[00:46:16.540] - Agent Pennyfeather**
So it's a fantasy to swap a child's face and put it on normal porn?

**[00:46:21.760] - Interviewee**
No, no, that, that's not how it is.

**[00:46:24.980] - Agent Pennyfeather**
Um, that's what I'm like basically looking at.

**[00:46:29.410] - Interviewee**
Um, no, no, no, it's, it's not like that. This is like a, what it, what, what this does, you pick it and then it randomly randomizes, you know. Um, but there's no way that you can, I mean, you could pick a direct phase, um, but this also, it's also randomized. Um, And I don't use a face swap for the, the kid, you know. I, I use it for like if it's a porn star, whatever, whatever that I, I'm like fantasizing about and stuff. Um.

**[00:47:14.240] - Agent Reynolds**
You got anything else?

**[00:47:17.890] - Interviewee**

Yeah, I know, man. It's, I, I don't know how to explain myself, you ,now. Um.

**[00:47:21.680] - Agent Pennyfeather**

Are you good?

**[00:47:29.500] - Interviewee**

Yeah, it's, it's a link. I click, and like I said, man, I, um, I don't know how to, dude, I sound bad explaining this, so bad and guilty. I don't know how, like, I don't know how to explain it to where I don't sound bad and guilty, because it is bad, you know? It's, there's nothing good about it. The only thing I could do is delete it and never go to that link again. That's the only thing I could do. And it's nothing, it's not like I'm going somewhere to personally hurt a kid or something like this. I have no intentions of doing anything stupid like that. Um, I have a serious career, like I said, you know. I don't want to jeopardize my career, man. It's my mistake. I'm the dumb one for clicking on it. And then I'm just an idiot. I just want to see what's going on in these videos that I'm like at eBaum's World or whatever, Newgrounds, to watch. Like sometimes you're just like, oh, I want to see what it is. And then all the, all the things just download and they export there, whether it's video games or photos or anything like this. Just a bunch of links that just download and they export like You know, um,

**[00:48:43.700] - Agent Pennyfeather**

I didn't see [yeah,] those crazy videos that you're talking about in there. I just see, [yeah,] basically what I would say are children depicting children and also other pornography. I don't see anything in that folder that's beheadings, car accidents, anything crazy that you say you saved. Okay?

**[00:49:02.420] - Interviewee**

Because those, what happens—

**[00:49:05.390] - Agent Pennyfeather**

Look, man, like, like, yeah, I don't want to beat a dead horse here, okay?

**[00:49:09.840] - Interviewee**

Yeah, I know, I know.

**[00:49:10.680] - Agent Pennyfeather**
You told us.

**[00:49:11.960] - Interviewee**
Yeah.

**[00:49:12.720] - Agent Pennyfeather**
Told us this multiple times.

**[00:49:14.920] - Interviewee**
Yeah.

**[00:49:15.300] - Agent Pennyfeather**
Um, I think we have, you know, we're good, okay?

**[00:49:18.000] - Agent Reynolds**
Yeah.

**[00:49:18.520] - Agent Pennyfeather**
All right. Um, we're gonna get the, you're gonna go back there with the gentleman there. He's gonna get you back in your room. Um, we gotta do some paperwork and we'll just go from there, okay? Um.

**[00:49:26.720] - Interviewee**
Okay. Um, can I explain one more thing before you guys, look, man, Um, I don't know what to tell you, man. It's, it's not just videos or beheading, it's everything. When you click on it, sometimes like some videos they don't download there, they just play. Those beheading videos that I said that go there, they, they don't go there. That video plays normally, but other crap downloads. And it's just the link I click on and it goes there. That's all it is. And they, and they get downloaded there and that's it, you know. I mean, and that's all I have to say to you. It's a link I click on. Everything that's there, whether it's photos, it's stupid stuff, you know. Um, and that's all I have to say. It's a link. And one more thing, um, I do have a career, man. I don't want to ruin my career, you know. I, I work I'm trying to be a pilot. I was, I'm gonna, can I explain a little backside of my story just so you get to know me?

**[00:50:40.850] - Agent Pennyfeather**

Sure.

**[00:50:41.040] - Interviewee**

When I was a kid, I was like, like slow. I was in special ed. People laughed at me. They told me that I would never accomplish my dreams of becoming a pilot and stuff like this. Um, I went out and I went to the flight school. I got rejected many times. I failed multiple, um, courses. They said, hey man, this isn't for you. Your, your, uh, your brain is everywhere else. You can't multitask. I cried. I couldn't get it done. I went through massive expensive training, you know, like heavy training. I paid for flight school, and then I eventually got my pilot's license. So I like, my life is like good, but I'm trying to pursue my dreams I don't want this to affect me, man. I'm telling you that it's a link I'm clicking on, it's downloading photos, games. The videos I see, it goes there, but it downloads randomly. And this stupid fucking link ruined my life, man. You know, I wasn't expecting this. I told the guy, here's my phone. And I was honest with you right when I came in the room. Hey, there might be some stupid videos on there. But then your question is, why are they on there? And the answer to that is because I didn't review them. Sometimes I don't even click on them. I just click on the video that I press play on, and I don't look at my archive, you know. But I'm guilty because they're there, you know, because like, why the fuck are they there in the first place? And they shouldn't be there. I scroll, there's so many photos of me personally. Things I don't like, I delete.

**[00:52:15.630] - Agent Pennyfeather**

Okay, all right then. Let's just [Yeah,] I don't think we have anything else really to go over at this point. Um, [yeah,] back out there. Um, and we'll go. Okay, thank you.

**[00:52:32.800] - Interviewee**

Yeah, yeah, just give me a sec. Um, I have a question. With this happening, um, like, does this jeopardize my career or no?

**[00:52:55.550] - Agent Pennyfeather**

I don't know at this point. We have to just, we have to do some paperwork here. We'll address it here in a second, okay?

**[00:53:00.610] - Interviewee**

Yeah, yeah, because man, like I said, this guy, I mean, I'm not there to explain to him. I meant I click on the link, a bunch of shit download, and it goes there. That's all I can tell you.

**[00:53:11.970] - Agent Pennyfeather**

Okay, all right, all right. We, we addressed that plenty of times. okay. [Yeah.] All right, we'll be back with you in a second, okay?

**[00:53:20.090] - Interviewee**

Yeah, yeah, please.

**[00:53:24.320] - Agent Reynolds**

Um, did I forget anything? Interview concluded at 12:54 AM.