**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CR-20114-DSL**

**UNITED STATES OF AMERICA**

**v.**

**MARTIN ESHO,**
**Defendant.**
_________________________________/

**NOTICE OF THE UNITED STATES' POSITION REGARDING THE NEED FOR A COMPETENCY EVALUATION PURSUANT TO 18 USC § 4241**

On October 16, 2026, the Court invited the parties to file a notice the Court of our position as to whether the Defendant should be evaluated for competency pursuant to 18 U.S.C. § 4241.

The United States believes—and agrees with the Defendant—that, based on (1) the assertions made in the Defendant's Motion to Suppress (DE 40) and (2) by United States probation, a psychiatric or psychological examination should be conducted pursuant to 18 U.S.C. Section 4241(a).

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: */s/ Daniel Rosenfeld*
Daniel Rosenfeld
Assistant United States Attorney
Court ID No. A5503081
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9268
Email: Daniel.Rosenfeld@usdoj.gov