**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-20114-CR-LEIBOWITZ**

**UNITED STATES OF AMERICA,**

**v.**

**MARTIN ESHO,**

**Defendant.**
________________________________/

**ORDER FOLLOWING SHOW CAUSE HEARING**

This Court held an evidentiary hearing on October 29, 2026, as to whether Defendant Martin Esho's bond should be revoked and whether he should be detained pending trial. After the evidentiary hearing and argument of counsel, the Court made rulings on the record, revoked the Defendant's bond, and ordered the Defendant detained pending trial. A separate Order will be issued memorializing the Court's findings and conclusions resulting in revocation of bond and ordering pretrial detention.

After the revocation hearing, the Court discussed the parties' positions regarding the scheduling of the case and the need for a competency evaluation pursuant to 18 U.S.C. § 4241. Consistent with the parties' discussion and as ordered on the record at today's hearing, it is

**ORDERED AND ADJUDGED** that no later than November 13, 2026, defense counsel shall submit briefing regarding their position as

to the need for a competency evaluation. The Government's shall then file a response no later than November 30, 2026.

A control date for the next Status Conference is set for December 14, 2026, at 10:00 a.m. at 400 North Miami Avenue, Courtroom 12-3, Miami, Florida. The pretrial conference hearing scheduled for November 20, 2026, is cancelled.

**IT IS FURTHER ORDERED** that, for the reasons stated on the record and without objection, the time from today through the next Status Conference is excluded from the deadline for trial as computed under the Speedy Trial Act. The Court finds that the ends of justice served by granting this continuance outweigh the interests of the defendants and the public in a speedy trial. *See* 18 U.S.C. § 3161 (h)(7). Time excluded from 10/29/2026 through 12/14/2026. To the extent the Court made additional or more detailed rulings on the record that are not memorialized in the written Order, those rulings are binding on the parties as set forth on the record.

**DONE AND ORDERED** in the Southern District of Florida on October 29, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record